UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Anthony S. Bruttaniti | : | Case No.: 19-17707(MDC) |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY SPECIALIZED LOAN SERVICING, LLC et al

**COMES NOW**, Debtor, Anthony S. Bruttaniti, hereinafter referred to as "Debtor," by and through their undersigned Counsel, Brad J. Sadek, Esquire, and in response to the Motion for Relief filed by Specialized Loan Servicing, LLC et al, "Movant", and hereby avers the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied. By way of further response, Debtor made three payments to creditor through bill pay as requested by mortgagee in January, February and March which were all returned.

11. Denied.

12.	Denied.

**WHEREFORE**, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: May 14, 2020

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008