| | |
|---|---|
| Creditor: | Specialized Loan Servicing, LLC |
| Debtor: | Anthony S. Bruttaniti |
| Case No.: | 19-17707-MDC |
| Loan No.: | xxxxxx9045 |
| Our File No.: | 4129-N-4271 |
| Collateral: | 1432 S Broad St |
| | Philadelphia, Pennsylvania 19146 |

**PAYMENTS RECEIVED**
Loan Status as of February 10, 2021

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | | |
| 08/05/2020 | 1 | $1,403.36 | 08/01/2020 | $1,403.36 | | | $0.00 | |
| 09/04/2020 | 1 | $1,403.36 | 09/01/2020 | $1,403.36 | | | $0.00 | |
| 10/12/2020 | 1 | $1,403.36 | 10/01/2020 | $1,403.36 | | | $0.00 | |
| 11/11/2020 | 1 | $1,403.36 | 11/01/2020 | $1,403.36 | | | $0.00 | |
| 12/30/2020 | 1 | $0.00 | 12/01/2020 | $1,403.36 | | | ($1,403.36) | |
| 01/26/2021 | 1 | $0.00 | 01/01/2021 | $1,681.95 | | | ($1,681.95) | |
| 02/10/2021 | 1 | $0.00 | 02/01/2021 | $1,681.95 | | | ($1,681.95) | |
| **Total:** | | **$5,613.44** | | **$10,380.70** | | **$0.00** | **($4,767.26)** | |