# National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 425 ♦ Dallas, Texas 75254 ♦ (972) 643-6600 ♦ (972) 643-6698 (Fax)

January 27, 2021

Brad J. Sadek
Sadek And Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107

SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 70202450000015027649

| | | |
|---|---|---|
| RE: | Creditor: | Specialized Loan Servicing, LLC |
| | Debtor(s): | Anthony S. Bruttaniti |
| | Case No.: | 19-17707-MDC |
| | Loan No.: | xxxxxx9045 |
| | Alt. Ref. No. | xxxxx3369 |
| | Our File No.: | 4129-N-4271 |
| | Collateral: | 1432 S Broad St, Philadelphia, Pennsylvania 19146 |

## NOTICE OF DEFAULT

We are the authorized agent for the above-referenced secured creditor in this proceeding.

On 7/31/20 an Order was entered in the above-referenced bankruptcy proceeding. According to our client's records, non-compliance with the requirements of the Order has now occurred. Pursuant to the terms of that Order, we are providing our client's Notice of Default to you.

To cure the default, $3,085.31 must be received in our office in the form of a cashier's check or money order made payable to Specialized Loan Servicing, LLC no later than 5:00 p.m. on February 6, 2021. An additional three (3) days will be allowed for mailing time. The amount to be paid represents the following delinquent payments:

| | |
|---|---|
| **Total Due Per Agreed Order through January 26, 2021** | $8,698.75 |
| **Total Received from Debtor(s) through January 26, 2021** | $5,613.44 |
| **Total Past Due through January 26, 2021** | $3,085.31 |

If you possess evidence which demonstrates that our client has received the delinquent payments noted above, please contact your attorney.

Our office address is: 14841 Dallas Parkway, Suite 425, Dallas, Texas 75254.

In the event the default is not cured within the time frame provided above, with an additional three (3) days allowed for mailing time, we shall complete any remaining pre-conditions that may exist to obtain relief from the automatic stay, and thereafter our client shall consider the stay terminated and shall be free to pursue its contractual and statutory rights, including, but not limited to the initiation of foreclosure proceedings of the above-referenced collateral.

This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

**Reminder:** On February 1, 2021 the regular monthly payment of $1,681.95 will also be due.

Very truly yours,

/s/Braden P. Barnes
Braden P. Barnes
Chandra D. Pryor

cc:   Trustee
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, Pennsylvania 19105

Debtor
Anthony Bruttaniti
1432 South Broad Street
Philadelphia, PA 19146
SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 70202450000015027656

Debtor's Attorney
Brad J. Sadek
Sadek And Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107

Specialized Loan Servicing, LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

NOTICE OF DEFAULT

2                                                                                              4129-N-4271

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor: | Specialized Loan Servicing, LLC | | | | | **PAYMENTS RECEIVED** | |
| Debtor: | Anthony S. Bruttaniti | | | | | Loan Status as of January 26, 2021 | |
| Case No.: | 19-17707-MDC | | | | | | |
| Loan No.: | xxxxxx9045 | | | | | | |
| Our File No.: | 4129-N-4271 | | | | | | |
| Collateral: | 1432 S Broad St | | | | | | |
| | Philadelphia, Pennsylvania 19146 | | | | | | |

| Date Received | DR# | Amount Received | Due Date | Amount Due | NSF/Late DT Charges Paid | Paid Over/Short | Description |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 08/05/2020 | 1 | $1,403.36 | 08/01/2020 | $1,403.36 | | $0.00 | |
| 09/04/2020 | 1 | $1,403.36 | 09/01/2020 | $1,403.36 | | $0.00 | |
| 10/12/2020 | 1 | $1,403.36 | 10/01/2020 | $1,403.36 | | $0.00 | |
| 11/11/2020 | 1 | $1,403.36 | 11/01/2020 | $1,403.36 | | $0.00 | |
| 12/30/2020 | 1 | $0.00 | 12/01/2020 | $1,403.36 | | ($1,403.36) | |
| 01/26/2021 | 1 | $0.00 | 01/01/2021 | $1,681.95 | | ($1,681.95) | |
| **Total:** | | $5,613.44 | | $8,698.75 | $0.00 | ($3,085.31) | |